# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Isaac Robert Hollins**<br>DOB: 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-08848MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 27, 2025, in the District of Arizona, **Isaac Robert Hollins**, knowing and in reckless disregard of the fact that a certain illegal alien, Eduardo Alejandro Tagle-Jauregui, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 27, 2025, in the District of Arizona (Patagonia), at approximately 7:25 p.m., Border Patrol Agents (BPAs), observed a white 2024 Jeep Compass traveling east on State Route 82 (SR-82). The vehicle was traveling below the speed limit slowing traffic and swerving to the right of the lane. BPAs followed the vehicle for several miles and the driver was continually applying the brakes and driving well below the posted speed limit. Record checks on the vehicle revealed that it was a rental out of Tulsa, Oklahoma. In this area, it is very common for smuggling organizations to utilize rental vehicles to conduct their operations. The vehicle then turned north onto SR-83 which is commonly used to circumvent Border Patrol checkpoints and BPAs conducted a traffic stop. The driver, identified as **Isaac Robert Hollins**, yielded immediately and BPAs approached the vehicle. While speaking to **Hollins**, BPAs observed an individual lying in the cargo area attempting to conceal himself under a blanket. When asked about the person in the vehicle, **Hollins** said, "I'm sorry, can you give me one chance? Can you let me go?" BPAs conducted an immigration inspection and determined that the passenger, later identified as Eduardo Alejandro Tagle-Jauregui, is a citizen of Mexico without the proper documentation to enter, pass through or remain in the United States legally.

Material witness Eduardo Alejandro Tagle-Jauregui stated he is a citizen of Mexico, and he paid $2,500 USD to be smuggled into the United States. Tagle-Jauregui stated he illegally crossed into the United States by himself in Nogales, Arizona. Tagle-Jauregui told BPAs that he was picked up in a shopping plaza in Nogales, Arizona by a white in color Jeep, and that he was to be taken to Phoenix, Arizona. Tagle-Jauregui identified **Hollins** as the driver through a photo line-up.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Eduardo Alejandro Tagle-Jauregui

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone<br>SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>March 28, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee